IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 98.199.103.171

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/11/2018 01:25:37 | 942D58D2133F4B83550E5C2CD91610F96212C11A | Surprise Sex For Three |
| 10/11/2018 01:08:33 | B52FA90E4817B102F55EAB44ABF640CC2798601D | 18 Year Old Models First Time Threesome |
| 01/07/2018 04:02:21 | 7E3A1D8A478FAB58813163228BAFF60F678920C0 | The Call Girl |
| 07/31/2017 09:30:13 | 1013AD59CD964D5872750551C25A1DAFE10CF33C | Sex For Three By The Sea |
| 05/06/2017 19:24:06 | 2756740A7F3BBB5C7CDF75B9D1F1ED72E8946F34 | In for the Night |
| 12/10/2016 07:21:58 | 4BBDA2C82E064C77F7C6BD14AE63E43BD7C669AE | Superhot Sexting |
| 12/10/2016 06:45:15 | 4BFBAF6AF9F91DC3F40AC42073645030F3ED69EF | Romance in the Garden |
| 06/18/2016 01:29:49 | B505EAAEFD4A782C8AEB7D38F292D52EE40B7FC7 | Four Way In 4K |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

STX241